395 A.2d 1327

Edwin BORAN, Vincent Petrilla, Robert J. Stevens, Frances M. Stevens, James A. Paisley, Francine Paisley, Richard Manfredi, Rita Manfredi, Lorraine Shulega, John R. Shulega, Arthur A. Gooch, Charles Petrilla, Nancy Bobey, John A. Bobey, Evelepi Fuehrer, Kenneth Fuehrer, Robert S. Lashock, Dorothy Lashock, Helen Lashock and James A. Schneider

v.

Ronald GATSKI.

In re RECANVASS OF VOTING MACHINES IN the 14TH WARD, 1ST ELECTION DISTRICT OF the CITY OF HAZLETON.

Appeal of Angeline PERSICO, Paula Littiere and Ann Barkus.

In re RECANVASS OF VOTING MACHINES IN the 1ST DISTRICT OF HAZLE TOWNSHIP.

Appeal of Thomas A. KISLAN, DDS, Janet A. Kislan, Joanne S. Getz.

In re RECANVASS OF VOTING MACHINES IN the 14TH WARD, 2ND DISTRICT OF the CITY OF HAZLETON.

Appeal of Theresa MUSSOLINE, Michael R. Mussoline and Michael Mussoline.

In re RECANVASS OF VOTING MACHINES IN the 13TH WARD, 2ND ELECTION DISTRICT OF the CITY OF HAZLETON.

Appeal of Louis GABOS, Magdalen and Maureen G. Kuczynski.

In re RECANVASS OF VOTING MACHINES IN the 3RD WARD, 2ND DISTRICT OF the BOROUGH OF WEST HAZLETON.

Appeal of Leo H. KUBITSKY, Christine Kubitsky and Jean Panico.

Supreme Court of Pennsylvania.

Jan. 15, 1979.

James F. Geddes, Jr., Wilkes-Barre, for appellant in No. 537.

James F. Geddes, Jr., Wilkes-Barre, for appellants in Nos. 538–542.

James L. Brown, Ralph Johnston, Wilkes-Barre, for appellee.

Before EAGEN, C. J., and ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM.

Orders affirmed.

O'BRIEN, J., did not participate in the consideration or decision of this case.

ROBERTS and NIX, JJ., would quash the appeals.

395 A.2d 1327

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Robert WILLIAMS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 27, 1978.

Decided Jan. 24, 1979.